Rel: April 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0221

Jennie Jo Cox Parrish, Debra Cox McCurdy, and Shirley Cox Wise, as co-executors of the Estate of Perry Eugene Cox, Sr., deceased v. Perry Eugene Cox, Jr. (Appeal from Shelby Circuit Court: CV-16-900052).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.